No. 82–6429.   Harvey v. Breeding et al.   C. A. 5th Cir.   Certiorari denied.

No. 82–6432.   Joost v. United States Parole Commission.   C. A. D. C. Cir.   Certiorari denied.

No. 82–6434.   Youngblood v. Maggio, Warden.   C. A. 5th Cir.   Certiorari denied.

No. 82–6435.   Harvey v. Estelle, Director, Texas Department of Corrections, et al.   C. A. 5th Cir. Certiorari denied.

No. 82–6437.   Ward v. United States.   C. A. 11th Cir. Certiorari denied.

No. 82–6439.   Reiter v. Huffman, Sheriff.   Sup. Ct. Tex.   Certiorari denied.

No. 82–6440.   Broadway v. Stafford.   C. A. 11th Cir. Certiorari denied.

No. 82–6442.   Hernandez v. Immigration and Naturalization Service.   C. A. 9th Cir.   Certiorari denied.

No. 82–6443.   Mitchell v. Idaho.   Sup. Ct. Idaho. Certiorari denied.

No. 82–6445.   Sopin v. Pennsylvania.   Super. Ct. Pa. Certiorari denied.

No. 82–6446.   McDonald v. Metropolitan Government of Nashville and Davidson County et al.   Sup. Ct. Tenn.   Certiorari denied.

No. 82–6454.   United States ex rel. McInery v. Shelly, Sheriff of Will County, Illinois.   C. A. 7th Cir.   Certiorari denied.